UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AYESTAS & AYESTAS HOLDINGS LLC, PLAINTIFF(S) <br><br> v. <br><br> VELOCITY RISK UNDERWRITERS, DEFENDANT(S) | * * * CIVIL ACTION NO.: <br> * <br> * JUDGE: <br> * <br> * MAGISTRATE JUDGE: <br> * * * * |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22),

PLAINTIFF makes the following disclosures:

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

   [ ] Yes  [X] No

   If "No," proceed to Question 2. If "Yes," respond to the following:

   a. **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
   b. **State that there is no such corporation.**

   **[RESPONSE]**

2. **Is the disclosing party either a party <u>or</u> an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

   [X] Yes  [ ] No

   If "No," sign and submit the form. If "Yes," respond to the following:

a. **Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):[1]**

Plaintiff, AYESTAS & AYESTAS HOLDINGS LLC, is a juridical person which is domiciled in Ascension Parish, Louisiana and such it is a citizen of Louisiana.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

*Rachel Jokinen*
Signature

RACHEL JOKINEN

LA BAR NO. 39926

KANDELL KANDELL & PETRIE

2665 S. BAYSHORE DR., STE. 500

MIAMI FL 33133

305-858-2220

RACHEL@KKPFIRM.COM

---

[1] Sub-members include the members of members (*i.e.*, first-tier sub-members), and the members of first-tier sub-members (*i.e.*, second-tier sub-members), the members of second-tier sub-members (*i.e.*, third-tier sub-members), and so on, until the disclosing party has identified the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.